# Morgan Lewis

**Nicole M. Zito**
Associate
+1.212.309.6707
nicole.zito@morganlewis.com

March 24, 2022

> Application granted in part. The time for defendant to answer or otherwise move with respect to the amended complaint is extended to 4/8/2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 24, 2022

**VIA ECF**

Philip M. Halpern, District Judge
United States District Court, Southern District of
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Genevieve Suarez v. The Gap, Inc.*,
    Civil Action No. 7:22-cv-00021-PMH

Dear Judge Halpern:

We represent Defendant The Gap, Inc. ("Defendant") in the above-referenced matter. We write with the consent of Plaintiff Genevieve Suarez ("Plaintiff") to request a fourteen (14) day stay and extension of all case deadlines, including of Defendant's deadline to answer, move, or otherwise plead in response to Plaintiff's Amended Complaint (ECF 13) while the parties explore private resolution. Defendant's current deadline to respond to the Amended Complaint is March 25, 2022 and would be extended until April 8, 2022 if the parties are not able to reach a resolution.

The parties believe that their chances for a resolution will be enhanced by focusing their resources on settlement discussions, rather than litigation.

We thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Nicole M. Zito*
Nicole M. Zito

c: All counsel of record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060    T +1.212.309.6000
United States              F +1.212.309.6001