UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GENEVIEVE SUAREZ, individually and on
behalf of all others similarly situated,

                    Plaintiff,              ORDER

v.

                                          22-cv-00021-PMH

THE GAP, INC.,

                    Defendant.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  White Plains, New York
       April 8, 2022

                                        _____
                                        Philip M. Halpern
                                        United States District Judge